**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NAZAR F. TALIB, et al.,**

    **Plaintiffs,**

**v.**                                                               **Case No. 8:05-cv-282-T-17TBM**

**SKYWAY COMMUNICATIONS**
**HOLDING CORP., et al.,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on **Plaintiffs' Motion to Compel Production of Documents Pursuant to First Request for Production of Documents** (Doc. 63). By their motion, Plaintiffs seek an Order compelling Defendant SkyWay Communications Holding Corporation to respond to Plaintiffs' First Request for Production of Documents Directed to SkyWay Communications Holding Corporation served on or about April 29, 2005. By its response (Doc. 66), Defendant advises that its landlord has taken possession of the corporate offices, including its computers and files, and changed the locks, thereby denying SkyWay access to the requested documents.

It does not appear from the response that representatives of the Defendant have made any effort to secure entry into the premises to obtain the documents or otherwise to comply with the request for production, and the court is unwilling to conclude from counsel's response that the matters sought are beyond Defendant's custody or control. Accordingly,

**Plaintiffs' Motion to Compel Production of Documents Pursuant to First Request for Production of Documents** (Doc. 63) is **GRANTED.** The Defendant shall produce documents responsive to Plaintiffs' First Request for Production of Documents within ten (10) days from the date of this Order. The Plaintiff's request for attorney's fees associated with the instant motion is **DEFERRED** pending Defendant's compliance with this Order.

**Done and Ordered** in Tampa, Florida this 3rd day of June 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record