IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE No. 8:05 CV282 T 17 TBM

FILED
05 AUG 22 AM 9:32
CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

NAZAR F. TALIB, et al

       Plaintiff

v.                      August 15, 2005
                        2:00 p.m.

SKYWAY COMMUNICATIONS, et al

       Defendant.
_____/


TRANSCRIPT OF ORDER TO SHOW CAUSE HEARING
BEFORE THE HONORABLE ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT COURT JUDGE


APPEARANCES:

For the Plaintiff:      LAURA HOWARD, ESQ.
                           Solomon Tropp Law Group P A
                           400 N Ashley Dr Ste 3000
                           Tampa, FL 33602-4331


For the Defendants      Murray B Silverstein
Kovar and Kent          150 2nd Ave N Ste 900
                           Saint Petersburg, FL 33701


Reported By:           Sandra K. Lee, RPR
                           Official Court Reporter
                           U.S. District Court
                           801 North Florida Avenue
                           Tampa, FL 33602
                           (813) 301-5699


STENOGRAPHICALLY RECORDED
COMPUTER-AIDED TRANSCRIPTION