**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NAZAR F. TALIB, et al.,**

    **Plaintiffs,**

v.     Case No.  8:05-cv-282-T-17TBM

**SKYWAY COMMUNICATIONS**
**HOLDING CORP.; BRENT KOVAR;**
**JAMES KENT; JOY C. KOVAR,**

    **Defendants.**
_____/

## O R D E R

THIS MATTER is before the court on the **Defendants' Motion to Compel Discovery** (Doc. 132).  By their motion, the individual Defendants seek an order compelling Plaintiffs to respond to their First Requests for Production of Documents and First Sets of Interrogatories directed to each of the Plaintiffs and served on or about August 8, 2005. Defendants represent that, upon the request of counsel, Plaintiffs were granted an extension of time to respond by September 23, 2005.  Defendants argue that Plaintiffs had not responded to the outstanding discovery as of September 30, 2005.  Plaintiffs have failed to file a response in opposition, and thus, the motion is deemed unopposed.  See M.D. Fla. R. 3.01(b).

Accordingly, it is **ORDERED** that Defendants' motion to compel (Doc. 132) is **GRANTED** to the extent that Plaintiffs shall, within twenty (20) days from the date of this

Order, provide responses to Defendants' First Requests for Production of Documents and First Sets of Interrogatories. In all other respects, the motion is **DENIED**.

**Done and Ordered** in Tampa, Florida, this 27th day of October 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record