UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAZIR F. TALIB, et al.,
    Plaintiffs,

vs.                                    CASE NO. 8:050-CIV-282-T-17-TBM

SKYWAY COMMUNICATIONS
HOLDING CORP., et al.,
    Defendants.
_____/

## ORDER

This cause is before the Court on the plaintiff's motion to strike affirmative defenses (Docket No. 111) and response thereto (Docket No. 144). The Court finds the response well-taken. Accordingly, it is

**ORDERED** that the motion to strike affirmative defenses (Docket No. 111) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 2nd day of November, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record